FILED

06/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0253

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0253

JOSHUA T. PATTERSON a/k/a JOSH
PATTERSON, as an individual and d/b/a
PATTERSON ENTERPRISES, INC., also
d/b/a ROCKY MOUNTAIN EQUIPMENT,
INC., p/k/a ROCKY MOUNTAIN JCB,
INC., also d/b/a ROCKY MOUNTAIN
RENTAL SPECIALISTS, LLC, also d/b/a
ROCKY MOUNTAIN EQUIPMENT also
d/b/a ROCKY MOUNTAIN RENTAL, also
d/b/a ROCKY MOUNTAIN EQUIPMENT
OF MISSOULA MONTANA,

        Defendants/Appellants,

  vs.

ADAM PUMMILL, an individual, and
ADAM PUMMILL and KURTIS
ROBERTSON as a member of Black Gold
Enterprises, LLC, members of, and on
behalf of BLACK GOLD ENTERPRISES,
LLC,

        Plaintiffs/Appellees.

**ORDER GRANTING APPELLANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME**

On Appeal from the Fourth Judicial District Court, Missoula County
Cause No. DV-18-1450
The Honorable John W. Larson, Presiding

Shane A. MacIntyre
Robert L. Sterup
BROWN LAW FIRM, P.C.
269 W. Front Street, Suite A
Missoula, MT 59802
Tel (406) 830-3248
Fax (406) 830-3745
smacintyre@brownfirm.com
rsterup@brownfirm.com
*Attorneys for Defendants/Appellants*

James P. O'Brien
O'BRIEN LAW OFFICE, P.C.
212 West Spruce Street
Missoula, MT 59807-7936
Tel (406) 721-0660
Fax (406) 721-0664
info@obrienlegalservices.com
*Attorney for Plaintiffs/Appellees*

Don C. St. Peter
Michael O'Brien
Logan Nutzman
ST. PETER LAW OFFICES, P.C.
2620 Radio Way
Missoula, MT 59808
Tel (406) 728-8282
Fax (406) 728-8141
*Attorneys for Receiver Jim Galipeau*

Pursuant to Appellants' Unopposed Motion for Extension of Time, and for good cause shown,

IT IS HEREBY ORDERED that Appellants' Response Brief in Opposition to Receiver's Motion to Dismiss is due on or before Friday, June 9, 2023.

ELECTRONICALLY SIGNED AND DATED BELOW.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 1 2023